N THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DEANTHONY RENARD SMITH, JR.,

      Appellant,

v.

      Case No.  5D22-2119
      LT Case No. 2009-CF-023201-B

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 16, 2023

Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Matthew J. Metz, Public Defender,
and Betty Wyatt, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EDWARDS and BOATWRIGHT, JJ., concur.